

**NUMBER 13-08-00584-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**EDNA MORALES,** **Appellant,**

**v.**

**RICARDO RAMON,** **Appellee**.

---

**On appeal from the 275th District Court of Hidalgo County, Texas**.

---

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Edna Morales, attempted to perfect an appeal from an order entered by the 275th District Court of Hidalgo, County, Texas, in cause no. F-252-04-E. Upon review of the documents before the Court, it appeared that the order from which this appeal was taken was not an appealable order. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P.

37.1, 42.3.   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction.

Additionally, the Clerk of the Court advised appellant that the notice of appeal referenced a date of judgment that is not contained in the clerk's record and instructed appellant to file an amended notice of appeal with the trial court within ten days from receipt of the letter.  *See* Tex. R. App. P. 37.1, 44.3.  Appellant was notified that failure to file an amended notice of appeal would result in the appeal being dismissed.   *See* Tex. R. App. P. 42.3(b),(c).

Appellant has failed to correct the defects or otherwise respond to the Court's notice.  The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION and failure to comply with a notice from the Court.  *See* Tex. R. App. P. 37.1; 42.3(b),(c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 16th day of April, 2009.